**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>                  Plaintiff,<br><br>vs.<br><br>OLD TRIANGLE INVESTMENT COMPANY L.L.C., a Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>                  Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:18-CV-61-BCW<br><br>Magistrate Brooke C. Wells |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Linda Suda, by and through undersigned counsel, voluntarily dismisses this action as to all Defendants, with prejudice. As of the date of this notice, no answer to the Complaint nor motion for summary judgment has been filed.

DATED this 27th day of March, 2018.

                                               FORD & CRANE PLLC

                                               /s/ Matthew B. Crane
                                               Matthew B. Crane (UTB# 13909)
                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 27th day of March, 2018, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE to be filed with the Court electronically, which caused notice to be served upon all e-filing counsel of record via the Court's notice of electronic filing [NEF].

                                               /s/ Matthew B. Crane